May Term, 1859.

FULLER
v.
ADAMS.

---

*Thursday, June 23.*

---

FULLER and Others *v.* ADAMS.

APPEAL from the *Lagrange* Circuit Court.

WORDEN, J.—Suit by *Adams* against *Fuller* and others on a bond, by which the defendants became bound to pay certain debts, in consideration of the sale by *Adams* to *Fuller* of his interest in a certain partnership between them.

While the cause was pending, on affidavit of the plaintiff, the Court made an order appointing a receiver to collect and receive the partnership effects.

From this order, the cause not having been finally disposed of, *Fuller* appeals to this Court.

*Thursday, June 23.*

May Term,
1859.

THE NEW
ALBANY, &C.,
RAILRO'D Co.
v.
BEELER.

This is not a "final judgment" from which an appeal lies to this Court, under § 550, 2 R. S. p. 158; nor is it such an interlocutory order as may be appealed from under § 576. The first specification of this section contemplates "the delivery or assignment of any securities, evidences of debt, documents, or things in action" to a party, and not to a receiver who may be appointed to receive effects to be disposed of on the final disposition of the cause. *Wood* v. *Brewer*, 9 Ind. R. 86.

From the order in question, no appeal lies to this Court. *Per Curiam.*—The appeal is dismissed with costs.

*A. Ellison*, for the appellants.

